UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

HONORABLE PAUL L. MALONEY

v.

Case No. 1:10-cr-63

LOUIS ARTHUR STEVENS,

    Defendant.
_____/

## ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

Before the Court is the defendant's motion for ends of justice continuance of the final pretrial presently scheduled for May 18, 2010 and trial scheduled for May 26, 2010. The basis of the defendant's motion is that the case is complex and additional time is necessary to enable counsel to prepare for trial. The government does not oppose the motion.

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), an ends of justice continuance is hereby entered. The final pretrial conference is rescheduled to **August 2, 2010 at 3:30 p.m.** Jury trial is rescheduled to **August 11, 2010 at 8:45 a.m.**

Dated: May 12, 2010                                    /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          Chief United States District Judge