UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                    No. 1:10-CR-63

    vs.                            Hon. Paul L. Maloney

LOUIS ARTHUR STEVENS,

        Defendant.
_____/

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, Defendant pled guilty on July 30, 2010, to Count One of the Indictment charging him with conspiracy to manufacture 100 or more marijuana plants in violation of Title 21, United States Code, Sections 846 and 841(a)(1);

WHEREAS, the United States gave notice that upon conviction on Count One of the Indictment, the Defendant shall forfeit all proceeds of that offense and property used to facilitate that offense;

WHEREAS, pursuant to the plea agreement and plea hearing, the Defendant consented to the forfeiture of his interest in certain property hereinafter referred to as, the "Subject Property":

    1.    CONVEYANCES:

        a.    One 2008 Harley Davidson Motorcycle, Orange in Color, VIN 1HD1PT9178Y955144;

        b.    One 2009 Harley Davidson Motorcycle, Yellow in Color, VIN 1HD1PT9149Y951683;

        c.    One 2001 Dodge Ram 1500 Laramie SLT Pickup, White in Color, VIN 1B7HC16Z81S199603;

  d. One 2001 Wooldridge, Aluminum Boat with Motor,
MC 6130SF, HULL No. WLG18765J001, registered to
Frederic Levin; and

  e. One Shorelander Boat Trailer, VIN UNK.

2. PERSONAL PROPERTY: All equipment seized from 9498 W. 128th Street, Bridgeton Township, Newaygo County, that was used to manufacture marijuana, including but not limited to all growing, watering and air filtration-related equipment; and

3. FIREARMS: All firearms listed in Count 3 of the Indictment as follows:

  a. Sig Sauer P556 .223 caliber pistol;
  b. Mossberg 12-gauge shotgun;
  c. Russian American Armory SAIGA 12-gauge shotgun;
  d. Ruger 5.56 semiautomatic pistol;
  e. AA Arms AP9 9mm pistol;
  f. Lusa 94 PDW 9mm rifle;
  g. Glock 27 9mm pistol;
  h. Glock 22 .40 caliber pistol;
  i. Rock Island Armory 1911 .45 caliber pistol;
  j. Two (2) Ruger LCP .380 caliber pistols;
  k. Walther PPS .40 caliber pistol;
  l. Springfield Armory ultra compact .45 caliber pistol;
  m. Kimber Custom Shop Pro CDP II .45 caliber pistol;
  n. Ruger P89 9mm pistol;
  o. Para-Ordnance Super Hawg .45 caliber pistol;
  p. Bersa Thunder 380 pistol;
  q. Smith & Wesson Model 41 .22 caliber pistol;
  r. Kimber Eclipse Custom II 10mm pistol; and
  s. Ruger Mark III .22 caliber pistol.

WHEREAS, Defendant has admitted that the Subject Property constitutes the proceeds of his illegal activities and/or was used to facilitate his criminal activities;

WHEREAS, based on the plea and plea agreement, this Court finds that the Subject Property constitutes or is derived from proceeds obtained, directly or indirectly, as a result of

violations of Title 21, United States Code, Sections 846, and 841(a) and/or was used or intended to be used to commit or to facilitate the commission of said violations; and

WHEREAS, this Court finds that Defendant had an interest in the Subject Property and that the government has established the requisite nexus between the Subject Property and the violations of Title 21, United States Code, Sections 846 and 841(a)(1).

IT IS HEREBY ORDERED that pursuant to Title 21, United States Code, Section 853, the Subject Property is hereby forfeited to the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service seize the Subject Property and dispose of same in accordance with applicable law and regulations.

IT IS FURTHER ORDERED that notice of this forfeiture shall be published in accordance with Title 21, United States Code, Section 853(n)(1).

Dated: August 16, 2010

/s/ Paul L. Maloney
PAUL L. MALONEY
Chief United States District Judge